UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21369-CIV-SEITZ/WHITE

REGINALD GRANT,

    Plaintiff,

v.

DR. CARL BALMIR, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE REPORT

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-7]. In the Report, Magistrate Judge White recommends that Plaintiff's civil rights complaint, filed pursuant to 42 U.S.C. § 1983, proceed against Dr. Balmir and Nurse Dawson as to the claims for inadequate medical treatment and that the complaint be dismissed, pursuant to the Eleventh Amendment, as to Defendant the Department of Corrections. No objections to the Magistrate Judge's Report have been filed. Having carefully reviewed, *de novo*, Magistrate Judge White's Report and the record, it is hereby

ORDERED that the above-mentioned Report of Magistrate Judge [DE-7] is AFFIRMED and ADOPTED:

(1) The claims against the Department of Corrections are DISMISSED.

(2) The claims against Dr. Balmir and Nurse Dawson for inadequate medical treatment shall proceed.

DONE and ORDERED in Miami, Florida, this 14th day of June, 2012.

    *Patricia A. Seitz*
    PATRICIA A. SEITZ
    UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
       All counsel of record/*Pro se party*